**Opinion issued April 28, 2026**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-26-00049-CV

_____

**ERICA  D.  HAYWOOD, Appellant**

**V.**

**GALVESTON COUNTY, ET AL, Appellee**

**On Appeal from the 212th District Court**
**Galveston County, Texas**
**Trial Court Case No. 13-TX-0523**

## MEMORANDUM OPINION

Appellant Erica D. Haywood neither established indigence, nor paid all the required fees.  *See* TEX. R. APP. P. 5 (requiring payment of fees in civil cases unless indigent), 20.1 (listing requirements for establishing indigence), 34.1; *see also* TEX. R. CIV. P. 145; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208, 51.851(b),

51.941(a) (listing fees in court of appeals); Order, Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, and in the Business Court, Misc. Docket No. 24-9047 (Tex. July 26, 2024), *reprinted in* TEX. R. APP. P. app. A § B(1) (listing fees in court of appeals). Appellant was notified by the Court that this appeal would be subject to dismissal—unless they timely informed the Court in writing as to why they should not pay the fees, or actually pay the fees. *See* TEX. R. APP. P. 37.3(a), (b), 42.3(b). Appellant never responded as requested by the Court. *See* TEX. R. APP. P. 5 (allowing enforcement of rule); 42.3(c) (allowing involuntary dismissal of case).

As a result, we dismiss this appeal for want of prosecution due to the nonpayment of all required fees. *See* TEX. R. APP. P. 37.3(b), 42.3(b)–(c).

We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Guerra and Guiney.